450 A.2d 223

Commonwealth v. Lee, Appellant.

Submitted March 31, 1982. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Judge Charles L. Durham is affirmed.